1 | Steven Wayne Bonilla
2 | J-48500, 3-EY-13
3 | San Quentin, CA 94974
4 | Petitioner/Victim
5 |
6 |
7 |
8 |
9 |
10 |
11 | Steven Wayne Bonilla,          Case No. 4:22-cv-00883-PJH
12 | Plaintiff/Victim,
13 |        vs                      Complaint By a Prisoner
14 | Clarence Don Clay,             Under the Civil Rights Act
15 | Jeffrey W. Horner,             42 U.S.C. § 1983
16 | Tara M. Desautels,
17 | Delbert C. Gee,                Denial of Equal Protection
18 | Thomas Reardon,                of the Laws
19 | Larry Goodman,
20 | Benjamin Travis,               Obstruction of Justice
21 | Kelly V. Simmons,
22 | Faye D'Opal,                   Willful Depreviation of
23 | Paul M. Haakenson,             Constitutional Rights
24 | John Galagher,
25 | Charles B. Burch,              Fourth Amendment Violation
26 | Patricia Scanlon,
27 | Diane B. Becton               - Expedited Review Requested-
28 | Anita L. Santos

-1 A-

Robert F. Cochran, Leonard J. La Casse, Suzanne N. Kingsbury, Steven C. Bailey, Jane York Puennes, James J. La Porta, Alvin M. Harrell, Arlan L. Harrell, Kent Hamlin, Dennis Peterson, J. Pettigrew, Gary R. Orozco, Donald Cole Byrd, Lenard J. L. Casse, Joyce D. Hinrichs, Christopher Wilson, Ruth Bermudez Montenegro, Christopher J. Plourd, L. Brooks Anderholt, Dean Stout, Brian J. Lamb, Karrie Harris, Stephen M. Place, Steven M. Katz, Michael E. Dellostritto, John S. Sommers, David R. Zulfa, Steven Barnes, Thomas De Santos, Valerie R. Chrissakis, Andrew S. Blum, Stanley Dawson Arnold, William C. Ryan, Samantha P. Jessner, Henry J. Hall, Thomas L. Bender, Joseph A. Soldani, Dale J. Blea, Ernest J. Li Calsi, William H. Follott, Darren McElfresh, Laurel S. Brady, Dana Walton, Michael A. Fagalde, Cindy F. Mayfield, John A. Behnke, Ynette Reno, Mark V. Bacciarini, Donald J. Proietti, Francis W. Barclay, Stanley Eller, Mark Magit, Lydia M. Villarreal, Timothy P. Roberts, Sam Lavorato Jr., Pamala L. Butler, Julie R. Culver, Elia M. Ortiz, Brian Hill, Mark _____, Francisca P. Tisher, Candace Heideberger, Elia M. Ortiz, Francisca P. Tisher, Mark S. Boessenecker, Julie Oliver, S. Robert Vice-Raskin, Linda J. Sloven, Cheri J. Pham, Erick L. Lorsh, J. Garcia, Maria D. Hernandez, Jeffry J. Penney, Alan V. Pineschi, Ira P. Kaufman, Chad Firetag, Charles E. Stafford Jr., Elaine Kiefer, John D. Molloy, David C. Kalemkarion, Kira L. Klatchko, Michael W. Sweet, Michael G. Bowman, David De Alba, Russel L. Hon, Steve White, Gregory S. Javill, Glenn Yabuno, Keith D. Davis, Steven R. Sanders, Sylvia L. Husing, Robert O'Farrell, Amalia L. Meza, Charles G. Rogers, Estaban Hernandez, Lura H. Parsky, Robert F. O'Neill, Joseph L. Brannigan, Michael Smyth, Peter C. Deddeh, Daniel F. Link, Lura J. Birkmeyer, David Gill, Ramonda Trapp, Katherine A. Bacal, Ronald F. Frazier, Teri L. Jackson, Garrett L. Wong, Brendan Conroy, Elizabeth Humphreys, Seith R. Hoyt Jr., William D. Johnson, Jacquelyn H. Duffy, Craig Van Rooyen, Elizabeth K. Lee, Donald J. Ayoob, Brian E. Hill, Raimundo Montes de Oca, Linda R. Clark, Ramond Davilla Jr., Suzanne N. Kingsbury,

1. Joshua Weinstein, Donald Segerstrom, Thomas D. Kolpacoff,
2. Eric S Geffon, Ryan J Wright, Jennifer R. Detjen, Ann Greth,
3. Keven E McKenney, Kent M. Kellegrew, James F Reilly,
4. Beth Ann R McGowen, Vince J. O'Neill Jr., Michael R. Deems,
5. Daniel Nishigaya, Bruce A Young, Robert A Glusman,
6. Deborah A Ryan, David Rosenberg, Kimberly Merrifield,
7. Theodora C. Zayner, Peter M. Williams, Stephen E. Benson,
8. Cara L Beatty, Debra L. Givens, Vance W Raye, Renee C. Day.
9. Brian J. Lamb, Julia L. Scrogin, Grant V. Barret,
10. Monique D. McKee, Stephen W. Berrier, Timothy S. Healey,
11. Charles H. Ervine, Kathleen R O'Connor, Donald M. Sanders,
12. Yvette Durant, Benjamin Z. Wirtschafter, Clara Keithley,
13. Lure J. Masienaga, Jonathan Goodfellow, Clara Maier,
14. William J Davis, Nancy O'Malley, Jeffrey A. Thompson,
15. Jo Ann M Bicego, Bruce Ortega, Rosendo Peña Jr.,
16. Carlos R. Gutierrez, Rei R Oniski, Diana B Becton
17. Alsia F Jones, Harry E. Hull Jr., Bruce M Smith,
18. Donna L. Slashyn, Mark B. Simons, Brad R. Hill,
19. Robert S Bower, Robert B. Robie, David E. Goldstein,
20. Brian Ross Aronson, Henry Needham, Charles B. Burch
21. Shelly J Averill, Terence L Bruiniers, Patricia Scanlon
22. Elloit Lee Dawn, Gordon D. Burns, Adrienne M Grover,
23. Thomas D. Zeff, Barbara J R Jones, Allison M. Danner,
24. Shawn D. Bessey, Mihara Greenwood, Franklin Daniel Elia,
25. John Freeland, Aruther Gilbert, Patricia Bamattre-Manoukian,
26. Jonathan W. Skillman, Steven Z Perren, Mary J. Greenwood,
27. Elizabeth W. Johnson, Elizabeth A. Grimes, Ron R. Rolefson,
28. Nathan G. Leedy, Martin J. Jangeman,

-1C-

1  Vince G. Chhabria, Morrison C. England Jr.,
2  Yvonne Gonzales Rogers, Craig M. Kellison,
3  Claudia Wilken, Carolyn K Delaney, Floy E. Dawson,
4  Richard Seeborg, Kimberly J. Mueller,
5  Joseph C Spero, David O. Carter, William V. Gallo,
6  Beth Labson Freeman, Eric P. Grosjean, Lina Lopez,
7  Howard R. Lloyd, Deborah L Barnes,
8  Dolly M. Gee, Stanley A. Boone, Michael Anello,
9  Virgina A Phillips, Lawrence O'Neill,
10 Jean Rosenbluth, Shiela K. Oberto, Michael S. Berg,
11 Percy Anderson, Alison Claire, William Q. Hayes,
12 Jeffrey S. White, Anthony W. Ishii,
13 Erick L. Larsh, Jeremy D. Peterson,
14 Allison Goddard, Jennifer L. Thurston,
15 M. Plummer, Gregory G. Hollows
16 Tani Cantel-Sakauye, Michael L. Lor,
17 Ming Chin, Edmund F. Brennan, Larry Alan Burns,
18 Carol Corrigan, Anthony J. Battaglia
19 Mariano-Florentino Cuellar, Gonzalo P. Curiel,
20 Joshua P. Groban, Dana M. Sabraw, Karen S. Crawford,
21 Leondra R. Kruger, Barbara L. Major,
22 Goodwin Liu, Cathy Ann Bencievengs,
23 Kendall J. Newman, Jill L Bartick, Larry A Burns,
24 Troy L. Nunley, Jones L. Sammartino,
25 Barbara A. McAuliffe, Jan M. Adler, Phylis J. Hamlton,
26 John A. Mendez, Ruben B. Books, John A. Houston,
27 William B. Shubb, Andrew G. Schopler,
28 Dennis M. Coto, Barry T. Moskowitz, Michael D. Denbin

1. Defendants who are not Judges,
2. Francie Koehler,
3. Randy Ontiveros,
4. Gerald B. Diedrich,
5. John Whitson,
6. William E. Smith,
7. Quentin L. Smith,
8. Janet Smith Fournier,
9. James Lopey,
10. Alameda County District Attorney's Office,
11. Alameda County,
12. United States Attorney General's Office,
13. Washoe County Sheriff's Office,
14. AT&T (Pacific Bell Telephone Company),
15. California Department of Correction and Rehabilitation,
16. California Correctional Peace Officers Association and its members.
17. Federal Bureau of Investigation / FBI

## Introduction

The Equal Protection Clause is that provision in the 14th Amendment to the U.S. Constitution which prohibits a State from denying, to any person within its jurisdiction the equal protection of the laws. Which is when the State Courts are open to any person on the same conditions as to others, with like rules of evidence and modes of procedure, for the security, of their persons and property, the prevention and redress of wrongs, and the enforcement of contracts. Which the courts in the Petitioner's case have denied him the equal protection of the laws.

## Statement of Claims

(1). The like rules of evidence were not followed in the same conditions as to others. Rule 403 of the Evidence Code prohibits the admission of proferred evidence of a subpoena that was not entered on the docket as an exhibit. The proferred evidence of a subpoena that NEVER EXISTED can only fabricate false evidence. Yet, the court admitted into evidence the proferred evidence of a subpoena that NEVER EXISTED in violation of the Equal Protection Clause of the 14th Amendment to the United States Constitution.

(2). Equal Protection of the Laws means that the courts are open to any person for a redress of wrongs. The Petitioner's records were obtained in an illegal search and seizure in violation of the Fourth amendment. As "ADMITTED" by the FBI's failure to produce the federal grand jury subpoena, under a federal Court order in Case No.

C-02-0636 MHP, Even after multiple request were made for a redress of wrongs, the courts have done nothing but deny the Petitioner of his guaranteed Constitutional Right to Equal Protection of the Laws.

(3). The constitutional gurantee of "equal protection of the laws" means that no person or class of persons shall be denied the same protection of the laws which is enjoyed by other persons or other classes in like circumstances in their lives, LIBERTY, property, and in their pursuit of happiness. The 14th amendment of the U.S. Constitution Equal Protection Clause, simply means that simular situated persons must receive simular treatment under the law. But the Petitioner, innocent of all charges, has been denied his enjoyment of his personal liberty for over 33 years by his false imprisonment, in violation of his right to equal protection of the law; by a conspiracy with or among public officials not to perform their official duty to declare the unlawful judgment void.

(4). [294 F. 3d 1104; 14 Cal. app. 3d 78], "COURT HELD," that where the previous course of dealing by the governmental conspiracy to illegally obtain the Petitioner's records in an illegal search and seizure in violation of his Fourth amendment Rights and concealed it with fabricated facts and evidence, placed the conspiracy under a duty to act, when it was presented with the "dispute resolution agreement for damages it had ensued, or the conspiracy's silence or inactivity constituted its assent to the amount of damages to be paid, (See Exhibit A, that they assented to)

-3-

(5). [14 Cal. App. 3d 78] "COURT HELD", as a matter of law, the conspiracy's silence or failure to reject the dispute resolution agreement was construed as an acceptance which consummated a bilateral contract. Therefore, under the Equal Protection Clause of the 14th Amendment the court is prohibited from denying the Petitioner of the enforcement of his contract with the participants in the conspiracy. Which the courts have failed to enforce in violation of the Equal Protection Clause.

(A). Every one who enters into the common design of the conspiracy is in law a party to every act previously or subsequently done by any of the others in pursuance of it. [53 Cal. 2d 643].

(B). In tort the major significance of a conspiracy lies in the fact that it renders each participant in the wrongful act responsible as a joint tort-feasor for all damages ensuing from the wrong, irrespective of whether he or she was a direct actor and regardless of the degree of his or her activity. [53 Cal. 2d 643]. The proof of their participation, or failure to act, is held in each counties court records.

(6). Because a void judgment may be collaterally attacked ANYWHERE, at any time and in any place by any interested party [28F. Supp. 462; 148 Cal. App. 2d 845], it was collaterally attacked in every county and federal district court in the State of California. But because there is a conspiracy with or among public officials not to perform their official duty owed to inmates, not one court or judge performed

-4-

their mandatory duty to dismiss or declare the judgment void as a matter of law pursuant to [Federal Rules of Civil Procedure 12(h)(3), 60(b)(3) and (4); 99 Cal app. 2d 523], in violation of the Petitioner's guaranteed Constitutional right to "equal protection of the laws".

### Relief Required as a Matter of Law

(1). The Equal Protection Clause make the Fourth Amendment violation a mandatory Constitutional duty to declare the Alameda County Superior Court judgment void in Case No. H-12210-A.

(2). The Equal Protection Clause makes it mandatory to immediately release Steven Wayne Bonilla from false imprisonment.

(3). The equal protection of the laws to enforce contracts demands the court to order all county recorders to record the agreed amount of damages, shown in Exhibit A, against all defendants in their county of recorded property.

(4). To call for an investigation into all those that were involved in the conspiracy to murder the Petitioner under Color of Law.

(5). To put an end to the conspiracy with or among public officials not to perform their official duties owed to inmates in violation of the "equal protection of the laws", which holds that no person or class of persons, (inmates), shall be denied the same protection of the law which is enjoyed by other persons or other classes in like circumstances.

### Verification

I declare under penalty of perjury that the foregoing is true and correct, including exhibits, pursuant to 28 USC § 1746.

Dated: January 27, 2022        Respectfully Submitted

Steven W. Bonilla

-5-

*EXHIBIT A*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Deanna Johns   C. Date of Delivery 2/8/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to: State of California, Attorney General Kamala Harris, Dan Lockyer, Bruce Ortega, Rei R. Onishi, Kathleen Boergers, Office of Attorney General, 455 Golden Gate Ave, Ste, 11000, San Francisco, CA 94102-7004

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7011 1570 0000 4010 1350

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: State of California, Attorney General Kamala Harris, Dan Lockyer, Bruce Ortega, Rei R. Onishi, Kathleen Boergers, Office of Attorney General et al, 455 Golden Gate ave, Ste, 11000, San Francisco CA 94102-7004

4a. Article Number  7011 1570 0000 4010 1343

4b. Service Type
☐ Registered  ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  1/22/13

5. Received By: (Print Name)  Deanna Johnson

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)  X Deanna Johnson

PS Form 3811, December 1994      102595-97-B-0179      Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: State of California, Attorney General, et. al, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004

4a. Article Number  7011 1570 0000 4017 6976

4b. Service Type
☐ Registered  ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  7/1/13

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)  X

PS Form 3811, December 1994      102595-97-B-0179      Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMES BRYAN FUQUA
1625 THE ALAMEDA, Ste. 200
SAN JOSE, CA 95126

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Vicki R Nelson_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery
Vicki Nelson | 12/24/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7011 1570 0000 4010 1305

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alameda County District
attorney, et. al.,
1225 Fallon Street #900
Oakland, CA 94612
7011 1570 0000 4017 6990

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Teresa Wright_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery
| 1/1/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7011 1570 0000 4017 6990

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER:**

- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write 'Return Receipt Requested' on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

attorney General of the U.S.,
U.S. attorney's office,
F.B.I, et. al.,
P.O. Box 36055
San Francisco, CA 94102

4a. Article Number
    7011 1570 0000 4017 6952

4b. Service Type
    ☐ Registered      ☒ Certified
    ☐ Express Mail    ☐ Insured
    ☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
   12-17-13

5. Received By: (Print Name)
   MAE ROSS

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
   X _Mae Ross_

PS Form 3811, December 1994      102595-97-B-0179      Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

*JAMES LOPEY*

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: SHERIFF'S OFFICE,
WASHOE COUNTY DISTRICT
ATTONEY, ET. AL.
P. O. BOX 11130
RENO, NV 89520-083

4a. Article Number
7011 1570 0000 4017 7034

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD
7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X  APRIL DULONG

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994       102595-97-B-0179       **Domestic Return Receipt**

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return receipt Service.

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: California Department
of Correction & Rehabilitation,
Dr. Jeffrey Beard-Secretary et al
1515 South Street #502-S
Sacramento, CA 95811

4a. Article Number
7011 1570 0000 4017 7041

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD
7. Date of Delivery   JUL 03 2013

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)
CALIFORNIA DEPT OF
CORRECTIONS & REHABILITATION

PS Form **3811**, December 1994       102595-97-B-0179       **Domestic Return Receipt**

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return receipt Service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: California Correctional
Peace Officers association
et. al
755 Riverpoint Drive
West Sacramento
CA 95605-1634

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C. LEE                          12-20-13

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 1570 0000 4010 1510

PS Form **3811**, February 2004       Domestic Return Receipt       102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AT&T
208 S. AKARD ST.
DALLAS, TX 75202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  S Card
☑ Agent
☐ Addressee

B. Received by ( Printed Name )
S LAND

C. Date of Delivery
11-15-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)
7005 0390 0005 6698 9201

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

ACCOUNTING OF AMOUNT OF COMPENSATORY & PUNITIVE DAMAGES DUE:

The following compensatory damages were caused by the LIEN DEBTORS' violations of 18 U.S.C. §241, 813, 872, 1001, 1915, RICO §1961 et seq., 641; California Penal Code §125, 134, 153, 182(4)&(5), 186, 211, 418, 496, 518, 519, 532, 2112; & numerous sections of the Uniform Commercial Code §3-106, 3-108, 30110, 3-112 & Part 6.§9-601, et seq & et al §§.

(1) According to the Federal Bureau of Investigation (FBI), Report obtained via the Freedom of Information Act (FOIA), Sunstate Tropical Wholesale Nursery's financial accounts receivable, which was only comprised of money owed to Sunstate in promissory notes, balance on December 31, 1985, was FIFTEEN-MILLION, SEVEN-HUNDRED AND THIRTY-NINE-THOUSAND, EIGHT-HUNDRED AND SEVENTY-SEVEN DOLLARS AND SIXTY-SEVEN CENTS ON promissory notes, they were all bearing accrued interest at the rate of TEN PERCENT PER ANNUM. Due to non-performance and failure to make the annual payments as required by the contractural promissory notes an additional TEN PERCENT PENALTY PER ANNUM HAS BEEN ADDED FOR DEFAULTING on making the annual payments that were required to be done in accordance with the terms of the contractural agreements made in the promissory notes. Therefore, the balance due is calculated by the balance beginning with $15,739,877.67 on December 31, 1985, COMPOUNDED AT TWENTY PERCENT PER ANNUM UNTIL DEFAULT ON JANUARY 18, 2013; amounts to more than TWO-BILLION, ONE-HUNDRED & EIGHTY-TWO MILLION, TWO-HUNDRED & NINETY-THOUSAND DOLLARS. ($2,182,290,943.46).

(2) The Baritz Nightclub's revenue in January 1988, before Susan

Hanah Harris illegally and by fraud/oppression, seized management of the business on her own and implementing her own changes in managing the Baritz, expense was 4%, maintenance expense 3½%, sales tax 5½%, rent 6%, labor and general administration ran 29%, leaving a cash profit for Independent Caterers' 45% interest in the Baritz Nightclub to be $38,319.00 per month or $459,828.00 per year.  This makes the loss of income with the ten percent per annum adjustment, from January 1, 1988, until default on January 17, 2013, to amount to $47,818,838.65.  The value of a nightclub business is worth three times its cash profit for the year which made Independent Caterers' forty-five percent valued at $1,319,487.00 in January of 1988.  Which makes the current value, adjusted at ten percent per annum, to be $14,026,176.69 as of the default on January 17, 2013.  This brings the total loss and damages for Independent Caterers' forty-five percent interest in the Baritz Nightclub to be $61,908,015.34.

(3) The total compensatory damages and loss for the business known as Independent Caterers dba Sunstate Tropical Wholesale Nursery and the Baritz Nightclub's (forty-five percent interest) up until the default on January 17, 2013, is $2,244,199,878.25.

(4) Damages given in punitive statutes, for violation of Racketeering (RICO, 18 U.S.C. §1962, et seq.); and California Penal Code §496(c), are triple of the actual damages (compensatory damages), to $6,732,599,643.75; which is secured by the real and personal community property of the LIEN DEBTORS.

(5) The total tally of compensatory and punitive damages as of the day of default on January 17, 2013, is EIGHT-BILLION, NINE-HUNDRED AND SEVENTY-SIX-MILLION, SEVEN-HUNDRED AND NINE-THOUSAND, FIVE-HUNDRED

1  AND THIRTEEN-DOLLARS ($8,976,799,513.00).  This balance continues to
2  accrue at the rate of ten percent per annum from the day of the default
3  on January 18, 2013, until paid in full.  It is secured by real and
4  personal community property of the LIEN DEBTORS; additional damages to
5  be added upon discovery and proof.

6      (6) Under the applicable rules of law (California Penal Code Section
7  1202.4), to calculate the damages and liability for the members of the
8  civil conspiracy (Defendants), for the false imprisonment of Sunstate's
9  President it is based on the twelve months of income prior to the false
10 imprisonment of its President, which began on September 20, 1988.  The
11 income for those twelve months is what is owed Sunstate Tropical
12 Wholesale Nursery, which is the income owed Independent Caterers, Inc.,
13 on its fourty-five percent interest in the Baritz Nightclub, from
14 September 20, 1987 until September 19, 1988, which in turn is its
15 President's income for the same period.  Based on the calculations
16 stated above, the income for the twelve months prior to the false
17 imprisonment is nineteen-million, nine-hundred and twenty-six-thousand,
18 one-hundred and five-dollars and four cents  ($19,926,105.04), with the
19 base income adjusted ten percent per annum and the balance accrued at
20 the rate of ten percent per annum from September 20, 1988 until the
21 second default on August 3, 2013, the balance owed for the false
22 imprisonment of Sunstate's President is four-Billion, eight-hundred and
23 fourteen-million, two-hundred and seventy-seven-dollars and thirty-five
24 cents ($4,814,277,377.35).  Damage given by punitive statutes for
25 violation of Racketeering (RICO, 18 U.S.C. §1962, et seq.); and
26 California Penal Code §496(c), are triple of the actual damages given by
27 punitive statutes, brings the punitive damages due as of the day of
28

1   default (August 3, 2013) to $14,442,832,132.05, which is secured by real

2   and personal community property of the LIEN DEBTORS.

3       (7) The total tally of compensation and punitive damages for the

4   false imprisonment of Sunstate's Presidents as of the day of default on

5   August 3, 2013 is nineteen-billion, two-hundred and fifty-seven-

6   million, one-hundred and nine-thousand, five-hundred and nine-dollars

7   and forty-cents. (#19,257,109,509.40). This balance continues to accrue

8   at the rate of ten percent per annum from the day of the default on

9   August 3, 2013 and at the rate of $7,185,666.42 per day until September

10  19, 2013 and from September 20, 2013 until September 19, 2014 at the rate

11  of $8,130,285.28 per day and from September 20, 2014 until September 19,

12  2015 at the rate of $9,191,465.22 per day, etc., or until such time as

13  the false imprisonment ceases to continue; and until paid in full. It

14  is secured by the real and personal community property of the LIEN

15  DEBTORS

16  DATED: __11/21/12_____

17  The foregoing is declared true and correct under penalty of perjury

18  under the laws of California and the United States of America this 21

19  day of NOVEMBER 2012 at Tamal, Ca. 94974          Steven Bonilla

20

21  DATED: 11-21-12

22

23  STEVEN BONILLA. AFFIANT, OWNER & MEMBER OF THE BOARD OF DIRECTORS

24  AUTHORIZED TO ACT FOR AND ON BEHALF OF INDEPENDENT CATERERS, INC.

25                          =--

26

27              "AFFIDAVIT OF NOTICE OF DEFAULT"

28